**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermaine J. ARRINGTON,**
**Defendant–Appellant.**

No. 12–3768.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 16, 2013.

Filed: July 18, 2013.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Stephen C. Moss, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Jermaine J. Arrington, Atwater, CA, pro se.

Bruce E. Clark, Lajuana M. Counts, Asst. U.S. Attys., Kansas City, MO, for appellee.

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Jermaine Arrington appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion based on the Fair Sentencing Act of 2010 (FSA). We conclude that Arrington was not entitled to a reduction, as his Guidelines sentencing range was calculated based on his unlawful possession of a firearm, *see* U.S.S.G. § 2K2.1, which was not affected by any provision of the FSA. *See* 18 U.S.C. § 3582(c)(2) (court may reduce prison term of defendant who has been sentenced based on sentencing range that has subsequently been lowered by Sentencing Commission); *United States v. Tolliver*, 570 F.3d 1062, 1066–67 (8th Cir. 2009) (§ 3582(c)(2) allows sentence reduction only when amendment lowers applicable Guidelines range).

Accordingly, the judgment is affirmed. Counsel's motion to withdraw is granted.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.